UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA D. AL-ZAGHARI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVIS GUEST HOME, et al.,<br><br>　　　　Respondents. | No. 2:24-cv-02236-TLN-AC<br><br>**ORDER** |

　　　　Petitioner Eva D. Al-Zaghari ("Petitioner"), proceeding *pro se*, filed an application for a writ of habeas corpus challenging her conservatorship and involuntary placement at the Davis Guest Home by her conservator. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 10, 2024, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 23.) Petitioner filed objections to the findings and recommendations. (ECF No. 30.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.  The Findings and Recommendations (ECF No. 23) are ADOPTED IN FULL;

3     2.  Petitioner's Motions for Preliminary Injunction (ECF Nos. 14, 18) are DENIED; and

4     3.  Petitioner's Second Amended Application for a Writ of Habeas Corpus (ECF No. 16)

5 is DISMISSED; and

6     4.  The Clerk of the Court is directed to close this case.

7     IT IS SO ORDERED.

8     Date: January 24, 2025

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE